UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH K. BLISS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. C15-181-JLR<br><br>ORDER OF DISMISSAL |

    The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

    DATED this 20th day of April, 2015.

                                            JAMES L. ROBART
                                            United States District Judge